### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| v. | CASE NUMBER: 23- 5416MJ |
| 1. Kelvin Millan-Lopez, and | |
| 2. Sean Redlon, Jr. | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, the defendants violated 18 U.S.C. §§ 922(o), 924(a)(2), 924(c)(1)(A), and 2, and 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vi), and 846, offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

**See Attachment B – Statement of Probable Cause Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

AUTHORIZED BY: Patrick E. Chapman, AUSA

PATRICK CHAPMAN
Digitally signed by PATRICK CHAPMAN
Date: 2023.08.10 12:08:05 -07'00'

JOSEPH GALLO
Digitally signed by JOSEPH GALLO
Date: 2023.08.10 12:04:22 -07'00'

SA Joe Gallo, ATF
Name of Complainant

Signature of Complainant

Sworn to before me electronically

August 10, 2023 @ 12:32 pm
Date

at     Phoenix, Arizona
City and State

HONORABLE DEBORAH M. FINE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A

### Description of Counts

### COUNT 1

On or about August 8, 2023, in Maricopa County, within the District of Arizona, Defendant KELVIN MILLAN-LOPEZ did knowingly possess and transfer a machinegun, that is, a part commonly known as a "Glock Switch," "Lightning Link," "Swift Link," or "AR-Switch," which is designed and intended solely and exclusively for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT 2

On or about August 8, 2023, in Maricopa County, within the District of Arizona, Defendant SEAN REDLON, JR. did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], propanamide (commonly known as fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

### COUNT 3

On or between July 26, 2023, and August 8, 2023, in Maricopa County, within the District of Arizona, Defendants KELVIN MILLAN-LOPEZ and SEAN REDLON, JR. did knowingly and intentionally combine, conspire, confederate and agree with each other and others known and unknown, to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], propanamide (commonly known as fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

All in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

-1-

## COUNT 4

On or about August 8, 2023, in Maricopa County, within the District of Arizona, Defendants KELVIN MILLAN-LOPEZ and SEAN REDLON, JR. did knowingly carry and use a firearm during and in relation to a drug trafficking crime, and did knowingly possess a firearm in furtherance of a drug trafficking crime, that is, Conspiracy to Distribute Fentanyl, as alleged in Count 3, alleging violations of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi), and 846, and Title 18, United States Code, Section 2, a felony prosecutable in a Court of the United States.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Joe Gallo, Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, declare and state as follows:

### INTRODUCTION AND BACKGROUND OF AFFIANT

1. I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco Firearms and Explosives (ATF), United States Department of Justice, and have been so employed since August 23, 2021. I am presently a member of the ATF Phoenix Field Division's Group I. As a Special Agent of the ATF, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal and state laws. I have participated in the use of cooperating informants, undercover agents, video surveillance, GPS tracking devices, search warrants, and audio surveillance, among other law enforcement techniques, during the course of my career with ATF. Additionally, I have participated in numerous controlled buys of firearms and narcotics from targets of law enforcement investigations. Based on training and experience, I am familiar with methods used for firearms trafficking and narcotics trafficking.

3. In my training and experience, I know that drug and firearms traffickers often carry firearms on their person to protect themselves and their products.

4. In preparing this Statement of Probable Cause, I conferred with other law enforcement officials, who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I have also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Statement of Probable

Cause is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

## **PROBABLE CAUSE**

5. In March 2023, SA Gallo became aware of an Instagram account "k29loo" who was advertising the sale of machinegun conversion devices (MCDs). This person was later identified as Kelvin MILLAN-Lopez. MILLAN-Lopez also advertised a link to a telegram account with the same name where he sold machinegun conversion devices and firearms. An undercover (UC) SA reached out to K29loo shortly after that time on telegram, a messaging application. K29loo confirmed he was selling MCDs for $300 each.

6. ATF UC had made contact via direct messages and audio messages with MILLAN-Lopez multiple times after this to discuss purchasing firearms and MCDs, but was unable to set up a controlled purchase because MILLAN-Lopez did not have a vehicle to drive to the UC's location. On July 13, 2023, MILLAN-Lopez contacted the UC stating he had a Glock pistol for sale with an affixed MCD. The UC told MILLAN-Lopez that he would be mobile and could meet him somewhere. MILLAN-Lopez then directed the UC to come to his residence in Mesa, AZ.

7. On July 13, 2023, ATF SA Kolodziej, acting in an undercover capacity (UC), purchased a Glock 23 (Serial Number (SN) BVDZ464) firearm with an MCD affixed to the rear from Kelvin MILLAN-Lopez. The controlled purchase was conducted at 2103 W. Camino Street, Mesa, Arizona 85201.

8. When SA Kolodziej asked MILLAN-Lopez if he had installed the MCD, MILLAN-Lopez replied that he had. SA Kolodziej then asked if the MCD worked, and whether it was "one pull all go," meaning the firearm fired continuously with one trigger pull. MILLAN-Lopez stated yes, advising that he had shot it himself. He

then instructed SA Kolodziej on how to slide the switch on the MCD prior to using the firearm in order for it to fire fully automatic.

9. Test-fired casings from the Glock 23 (SN BVDZ464) purchased on July 13, 2023, generated a possible match to a NIBIN Lead (785-23-002770) connected to a shooting in Phoenix, AZ on June 7, 2023.

10. On July 21, 2023, ATF SA Kolodziej, acting in an undercover capacity, purchased two (2) Glock 30 firearms with installed MCDs affixed to the rear, and a Springfield XD9 pistol. All three firearms and MCDs were purchased from Kelvin MILLAN-LOPEZ. The controlled purchase was conducted at 2103 W. Camino Street, Mesa, Arizona 85201.

11. The Glock 30 (SN AFWA108) and HS Produkt/Springfield Armory XD9 (SN BA185896) that were purchased on July 21, 2023, from MILLAN-Lopez were reported as stolen via law enforcement databases. The Glock pistol was reported stolen out of Texas on January 27, 2022. The XD9 was reported stolen out of Phoenix, Arizona on April 8, 2023. MILLAN-Lopez also indicated that he was about to get "auto sears," also known as "links," which are MCDs for AR-style rifles.

12. On July 26, 2023, ATF SA Kolodziej, acting in an undercover capacity, purchased a Glock 30S (SN WRK561), a Privately Made Firearm (PMF), and an Anderson Manufacturing AM-15 (SN 21146879). Both firearms were purchased from Kelvin MILLAN-Lopez. The controlled purchase was conducted at 2103 W. Camino Street, Mesa, Arizona 85201. Sean REDLON, Jr., also known as "Junior," was present during the transaction and discussed narcotics sales with SA Kolodziej. Agents discovered that MILLAN-Lopez appeared to be dating REDLON Jr.'s sister, from a review of social media.

13. During the purchase on July 26, 2023, SA Kolodziej drove MILLAN-Lopez and Sean REDLON, Jr. in the UC Vehicle (UCV) to 2240 W. University Drive. Upon arrival in the parking lot, SA Kolodziej opened the rear hidden compartment of the

UCV, in order to conceal the firearms. Upon doing so REDLON, Jr. made a comment about fitting 12 AKs in the hidden compartment. SA Kolodziej acknowledged this and stated they could fit kilos back there too.

14. REDLON Jr. asked if SA Kolodziej "fucked with that shit too" referencing to narcotics. SA Kolodziej stated he/she was making more money on the "blues" ("blues" is a street vernacular term for blue counterfeit M30 oxycodone pills (suspected fentanyl)) now, to which REDLON Jr. stated "let me know." SA Kolodziej asked if he had them ("blues"), and REDLON Jr. stated he did. REDLON Jr. asked how much SA Kolodziej was paying for "blues." SA Kolodziej stated he/she was currently getting them for .35 cents a pill. REDLON Jr. stated he could supply SA Kolodziej with "blues" at 30 cents per pill. SA Kolodziej asked what type of quantities REDLON Jr. was moving, and he advised nothing less than a "boat" (boat is a street vernacular term for 1000 "blues"). SA Kolodziej advised next time they link up, he/she would take a boat. Based on training and experience, counterfeit M30 pills contain fentanyl, a Schedule II controlled substance.

15. The PMF purchased on July 26, 2023, from MILLAN-Lopez was test fired. The test fired casings generated a possible match to a NIBIN Lead (785-23-002910) connected to a shooting in Mesa, Arizona on July 15, 2023.

16. On July 31, 2023, ATF SA Kolodziej, acting in an undercover capacity, purchased a Glock 23 (SN AAHF129) with a MCD affixed to the rear of the slide, a Glock 33 (SN BDHX450) with an MCD affixed to the rear of the slide and one (1) auto sear. All items of evidentiary value were purchased from Kelvin MILLAN-Lopez. The controlled purchase was conducted at 2103 W. Camino Street Mesa, Arizona 85201.

17. On August 8, 2023, ATF SA Kolodziej, acting in an undercover capacity, purchased six (6) auto sears (MCDs), two (2) Glock MCDs, and one (1) Palmetto State Armory PA-15 pistol (SN PA201637). MILLAN-Lopez was carrying a Glock 29 (SN BUFU270) with an affixed MCD on his person during the duration of the controlled purchase. SA Kolodziej purchased 2000 fentanyl pills from REDLON Jr.

18. During the transaction, MILLAN-Lopez removed the Glock pistol with an affixed MCD from his waistband and placed it in his lap.  MILLAN-Lopez later exited the UC vehicle to get another firearm from his vehicle, leaving the Glock pistol in the UC vehicle.  SA Kolodziej inspected the firearm and found the firearm to be loaded with one round chambered.  When MILLAN-Lopez returned to the UC vehicle, SA Kolodziej asked MILLAN-Lopez if he would sell it. MILLAN-Lopez stated that he did not want to sell it and that it was his personal firearm. REDLON Jr. was present for the conversation. During the drug transaction, MILLAN-Lopez was sitting in the front passenger seat, and REDLON Jr. was sitting the rear passenger-side seat.

19. On August 10, 2023, SA Gallo brought a sample of the suspected fentanyl purchased from REDLON Jr. to the Drug Enforcement Administration's field office for preliminary testing. An initial field test for three pills was inconclusive. A second set of field testing of the same sample tested positive for acetaminophen, amphetamine, and a ANPP, a precursor to fentanyl, in three tests. Based on training and experience, as well as the experience of other DEA agents, such is a common composition of the counterfeit pills referenced above.

**JOSEPH GALLO** Digitally signed by JOSEPH GALLO
Date: 2023.08.10 12:04:47 -07'00'

JOE GALLO
Special Agent
ATF

Electronically signed and telephonically sworn this ___10___ day of August, 2023.

HONORABLE DEBORAH M. FINE
United States Magistrate Judge